IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20033
Summary Calendar
_____

CEDRIC O'NEAL,

Plaintiff-Appellant,

versus

WYMAN-GORDON FORGINGS, INC.,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CV-2638
--------------------
October 2, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Cedric O'Neal appeals from a summary judgment dismissing his claims against Wyman-Gordon Forgings, Inc. On appeal, he contends that he presented summary judgment evidence that raised a fact issue with respect to his claims alleging hostile work environment, retaliation, and a Texas state law claim of intentional infliction of emotional distress. Our *de novo* review of the summary judgment evidence leads inexorably to the same conclusions reached by the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court with respect to appellant's claims. The judgment of the district court is affirmed essentially for the reasons stated in its order granting summary judgment signed October 29, 1999. AFFIRMED.